STATE v. HANSON

No. 391PA82.

Case below: 57 N.C. App. 595.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 25 August 1982.

STATE v. HENRY

No. 294P82.

Case below: 57 N.C. App. 168.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.

STATE v. JEFFRIES

No. 403P82.

Case below: 57 N.C. App. 416.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 August 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 25 August 1982.

STATE v. KEE

No. 374P82.

Case below: 57 N.C. App. 372.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 3 August 1982. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 3 August 1982.

STATE v. KIMBRELL

No. 370P82.

Case below: 57 N.C. App. 372.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.